**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOLANTA SOYSAL,<br><br>        Plaintiff(s),<br><br>v.<br><br>GEICO GENERAL INSURANCE COMPANY,<br><br>        Defendant(s). | 2:13-CV-281 JCM (CWH) |

**ORDER**

Presently before the court are Magistrate Judge Hoffman's report and recommendation that the defendant's motion to enforce the settlement agreement be granted and that the case be dismissed with prejudice. (Doc. # 13). Plaintiff has not objected to the magistrate judge's report and the deadline to do so has expired.

This court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, then the court is required to "make a de novo determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1).

Where a party fails to object, however, the court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate

**James C. Mahan**
**U.S. District Judge**

judge's report and recommendation where no objections have been filed. *See United States v. Reyna–Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of review employed by the district court when reviewing a report and recommendation to which no objections were made); *see also Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) (reading the Ninth Circuit's decision in *Reyna–Tapia* as adopting the view that district courts are not required to review "any issue that is not the subject of an objection."). Thus, if there is no objection to a magistrate judge's recommendation, then this court may accept the recommendation without review. *See, e.g., Johnstone*, 263 F. Supp. 2d at 1226 (accepting, without review, a magistrate judge's recommendation to which no objection was filed).

Nevertheless, this court finds it appropriate to engage in a de novo review to determine whether to adopt the recommendation of the magistrate judge. Upon reviewing the recommendation and underlying briefs, this court finds good cause appears to ADOPT the magistrate's findings in full.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the magistrate judge's report and recommendation (doc. # 13) be, and the same hereby are, ADOPTED in their entirety.

IT IS FURTHER ORDERED that defendant's motion to enforce the settlement agreement (doc. # 11) be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that the case is DISMISSED with prejudice. The clerk shall enter judgment and close the case.

DATED April 25, 2014.

_____
**UNITED STATES DISTRICT JUDGE**